ATLANTIC CASUALTY INSURANCE COMPANY, PLAINTIFF-PETITIONER, v. STANLEY BINGHAM, ET ALS., DEFENDANTS-RESPONDENTS.

See same case below: 15 *N. J. Super.* 328.

*Messrs. Harkavy & Lieb* for the petitioner.

*Messrs. Furst, Furst & Feldman* and *Mr. William Gelfond* for the respondents.

June 9, 1952.   Granted.

JAMES CARONIA, PLAINTIFF-RESPONDENT, v. POLICE AND FIRE PENSION COMMISSION OF ORANGE, DEFENDANT-PETITIONER.

See same case below: 18 *N. J. Super.* 149.

*Mr. Edmund J. Dwyer* for the petitioner.

*Mr. Wilbur J. Bernard* for the respondent.

June 9, 1952.   Denied.